**Dismiss and Opinion Filed July 31, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01583-CV**

**EDWARD C. NEWBERRY, Appellant**
**V.**
**CLAUDIA J. NEWBERRY, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 06-0752**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's June 27, 2013 motion to dismiss appeal. Appellant has informed the Court that he and appellee have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/

121583F.P05
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDWARD C. NEWBERRY, Appellant

No. 05-12-01583-CV       V.

CLAUDIA J. NEWBERRY, Appellee

On Appeal from the 397th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. 06-0752.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to the parties' agreement, we **ORDER** that appellee Claudia J. Newberry recover her costs, if any, of this appeal from appellant Edward C. Newberry.

Judgment entered July 31, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE